IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02167-EWN-MJW

CLAUDIA KREITER,

       Plaintiff,

v.

NOR-DON COLLECTION NETWORK, INC., a Canadian corporation,

       Defendant.

---

ORDER *GRANTING AND* VACATING THE F.R.C.P. 16(b) SCHEDULING CONFERENCE

CURRENTLY SET FOR JANUARY 18, 2007 AT 9:30 AM

( Docket No. 7 )

---

THE COURT having reviewed the Motion to Vacate the F.R.C.P. 16(b) Scheduling Conference currently set for January 18, 2007, at 9:30 am and being fully advised in the premises, DOES HEREBY ORDER that *the motion is Granted and* the F.R.C.P. 16(b) Scheduling Conference currently set for January 18, 2007 at 9:30 am is vacated.

BY THE COURT:

January 17, 2007
DATE

[signature]
~~U.S. DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO